# IN THE MISSOURI COURT OF APPEALS
## MAY 27, 2014
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

| | |
|---|---|
| WD75967 | Charles A Mahone vs. State of Missouri |
| WD76042 | William A Turner, Jr. vs. State of Missouri |
| WD76426 | Andrew Brown vs. State of Missouri |
| WD76483 | Bobbi Jean Bissell vs. Thi C Mai |
| WD76517 | Consolidated with WD76483 |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

--------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| WD76889 | State of Missouri vs. James L. Vann |
| WD76189 | State of Missouri vs. Clifton S Sparkling |